# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160172

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                          SC: 160172
                                           COA: 349099
                                           Jackson CC: 18-005093-FC
TYLER DAVID WEBB,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the July 15, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

s1216